**Order entered December 18, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00922-CV

### IN RE MUAMAR ASAD SAYYED, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82405-07**

## ORDER

Before the Court is relator's December 9, 2019 motion requesting consideration of his motion for rehearing. The Court entered its order denying relief on relator's petition for writ of mandamus on November 4, 2019. The Clerk of the Court received relator's motion for rehearing on November 26, 2019. Because the motion for rehearing appeared to be untimely, the Clerk of the Court marked the motion as received and informed relator that the Court would take no action upon his motion for rehearing unless he filed a timely motion to extend the time to file the motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8.

On December 9, 2019, the Clerk of the Court received relator's current motion. In his motion, relator states that his motion for rehearing was timely filed under rule 9.2(b) and the supreme court's "mailbox rule for prisoners" because he deposited it in the prison mailing system for filing on November 19, 2019 and it was received by the Court within ten days of the filing deadline. *See* TEX. R. APP. P. 9.2(b); *Campbell v. State*, 320 S.W.3d 338, 344 (Tex. Crim.

App. 2010); *Ramos v. Richardson*, 228 S.W.3d 671, 673 (Tex. 2007) (providing pro se inmate's documents are considered timely filed on the date they are delivered to prison authorities for mailing).

Without deciding whether relator's motion for rehearing qualifies as timely filed under the prisoner mailbox rule, we construe relator's current motion as a motion seeking to extend the time to file his motion for rehearing. Because relator's motion for extension was postmarked on December 4, 2019, the last date to request an extension of time to file the motion for rehearing, and received within ten days of mailing, it is timely filed under the mailbox rule. *See* TEX. R. APP. P. 9.2(b), 49.1, 49.8.

We **GRANT** the motion to extend the time to file relator's motion for rehearing and **DIRECT** the Clerk of the Court to file the motion for rehearing as of the date of this order. The Court will issue its ruling on relator's motion for rehearing in due course.


/s/    LANA MYERS
JUSTICE